13-CV-02051-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL THRASHER,<br><br>    Plaintiff,<br><br>v.<br><br>KING COUNTY MUNICIPAL CORP., et al.,<br><br>    Defendants. | Case No. C13-2051 RSL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed Plaintiff's application for leave to proceed in forma pauperis ("IFP") (Dkt. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's IFP application (Dkt. 1) is **DENIED**.

(3) The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 7th day of Jan., 2014.

ROBERT S. LASNIK
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1